

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-22-00155-CV

---

HUMANA HEALTH PLAN OF TEXAS, INC., Appellant

V.

MP PLASTIC SURGERY PLLC, Appellee

---

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-326955-21

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 1, 2022